IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES MASON,

    Plaintiff,

v.

NEW CARLISLE FEDERAL
SAVINGS BANK, *et al.*,

    Defendants.

Case No. 3:19-cv-311

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT
DEFENDANT BRIAN SMITH'S MOTION TO DISMISS (DOC. #8)

---

Given that Plaintiff has voluntarily dismissed all claims against Defendant Brian Smith, Doc. #10, the Court OVERRULES AS MOOT Defendant Brian Smith's Motion to Dismiss, Doc. #8.

Date: November 13, 2019

                                      WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE